# INVOICE
## CROCKER CRANE
2221 E. Union Bower Road
Irving, Texas 75061
**24 Hrs. Metro 972/445-1919**

Please Remit To:
P.O. Box 141539
Irving, Texas 75014

| Number: | 868013 |
| Page: | 1 |
| Date: | 1/21/2013 |

Terms:
Net 10 Days

**Texas Trailer Company**
1310 Highway 82 West
Gainesville, TX
76240

RE: 1310 Highway 82 West
Gainesville, TX
Miscellaneous Hoisting

| Reference - P.O. # | Customer No. | | | Terms Code |
|---|---|---|---|---|
| | 20104 | | | NET10 |

| Description/Comments | Quantity | UOM | Unit Price | Amount |
|---|---|---|---|---|
| 150 ton operated<br>1/21 9, 1/22 9, 1/23 7.5 | 25.50 | HR | 380.00 | 9,690.00 |
| Prem. Time for Operator & Oiler<br>1/21 1, 1/22 1, 1/23 .5 | 2.50 | HR | 60.00 | 150.00 |
| Tractor/Trailer<br>1/21 4, 1/23 4 | 8.00 | HR | 115.00 | 920.00 |
| Permit | 1.00 | EACH | 100.00 | 100.00 |
| Subsistence 2 men 2 nights | 2.00 | HR | 220.00 | 440.00 |
| Fuel Surcharge (5%) | 10,610.00 | CODE | 0.05 | 530.50 |

| Subtotal before taxes | 11,830.50 |
| Total taxes | 0.00 |
| Total amount | 11,830.50 |
| Payment received | 0.00 |
| Discount taken | 0.00 |
| Amount due | 11,830.50 |

**SKILLED CRAFTSMEN AND THE RIGHT EQUIPMENT MAKES THE DIFFERENCE**

Interest at the rate of 1 1/2% Per Month from the due date
will be made against all accounts over 30 days past due.

Exhibit 10

APP 128

# CROCKER CRANE

PO BOX 141539 · IRVING, TX 75014 · (972) 445-1919
2221 East Union Bower · Irving, Texas 75061

Customer/Lessee's Name: Texas Trailer  Date: 1-1- 20 13

Address: _____  Location: Hwy 3- w ay I-35
                           Gainesville

ORDERED BY: Pete     P.O. No. _____   Machine Number _____ Map No. _____

Phone No.: 940-668-1555

**HAVE SIGNED AT START OF JOB** — THE TERMS AND CONDITIONS GOVERNING THIS RENTAL AS DESCRIBED ON THIS PAGE ON THE REVERSE SIDE ARE UNDERSTOOD AND AGREED TO. THE INDIVIDUAL SIGNING HAS BEEN GIVEN AUTHORITY TO EXECUTE THIS AGREEMENT.

Customer/Lessee's Name: _____   Date: _____ 20 ___

By: _____   Customer/Lessee's Authorized Signature

| DATE | CRANE SIZE | DESCRIPTION OF WORK | TIME STARTED | TIME FINISHED | REGULAR HOURS | OVERTIME HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
|  | 150T | Boom | 7:00 | 4:30 |  |  |  |
|  | 8T | crane | 7:00 | 11:01 am |  |  |  |
| 1-22-13 |  | No Lunch | 6:30 am | 3:30 pm |  |  |  |
|  |  | out Truck |  |  |  |  |  |
| 1-23-13 |  |  | 6:30 am | 2:00 pm |  |  |  |
|  |  | Provide Bar |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**HAVE SIGNED AT END OF DAY** — THE ABOVE WORK VERIFIED TO BE CORRECT. LESSEE CERTIFIES THAT THERE HAVE BEEN NO ACCIDENTS INVOLVING ANY OF THE LEASED EQUIPMENT.

Customer/Lessee's Name: Tommy Rodz   Date: 1-23 20 13

By: _____ Customer/Lessee's Authorized Signature    Crocker Signature: _____

Exhibit 10     APP 129

| | | Texas Trailer Corp. | | | | 17030 |
|---|---|---|---|---|---|---|
| VENDOR NO. 16160 | | NAME Crocker Crane Company Inc | | | CHECK DATE | 2/12/2013 |
| REFERENCE | INVOICE DATE | GROSS AMOUNT | DISCOUNT TAKEN | | NET AMOUNT PAID | |
| 868013 | 1/21/2013 | 11,830.50 | 0.00 | | 11,830.50 | |
| | TOTAL > | 11,830.50 | 0.00 | | 11,830.50 | |

Texas Trailer Corp.      PNC Bank, N.A.                    17030
1310 W. Hwy 82           Philadelphia, PA 19158
Gainsville, TX 76240     3-5/310

DATE 2/12/2013
AMOUNT ***11,830.50

PAY    Eleven Thousand Eight Hundred Thirty and 50/100******

TO THE    Crocker Crane Company Inc
ORDER     PO Box 141539
OF        Irving, TX 75014                         *** COPY ***

---

| | | Texas Trailer Corp. | | | | 17030 |
|---|---|---|---|---|---|---|
| VENDOR NO. 16160 | | NAME Crocker Crane Company Inc | | | CHECK DATE | 2/12/2013 |
| REFERENCE | INVOICE DATE | GROSS AMOUNT | DISCOUNT TAKEN | | NET AMOUNT PAID | |
| 868013 | 1/21/2013 | 11,830.50 | 0.00 | | 11,830.50 | |
| | TOTAL > | 11,830.50 | 0.00 | | 11,830.50 | |

THIS CHECK IS VOID WITHOUT A GREEN & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

Texas Trailer Corp.      PNC Bank, N.A.                    17030
1310 W. Hwy 82           Philadelphia, PA 19158
Gainsville, TX 76240     3-5/310

DATE 2/12/2013
AMOUNT ***11,830.50

PAY    Eleven Thousand Eight Hundred Thirty and 50/100******

TO THE    Crocker Crane Company Inc
ORDER     PO Box 141539
OF        Irving, TX 75014

**REDACTED**

Exhibit 10                                                APP   130