UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS TRAILER CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-2453-B |
| | § | |
| NATIONAL UNION FIRE INSURANCE | § | |
| COMPANY OF PITTSBURGH, PA, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

This Judgment is entered pursuant to the Court's Memorandum Opinion and Order (Doc. 58) granting Defendant's Motion for Summary Judgment.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff take nothing by its suit against Defendant and that this suit be, and hereby is, **DISMISSED with prejudice**.

SO ORDERED.

SIGNED: July 12, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE